UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL JOYCE,<br>INDIVIDUALLY AND ON BEHALF OF A<br>CLASS OF OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>JOHN HANCOCK FINANCIAL SERVICES, INC.<br>AND JOAN M. DICICCO<br><br>Defendant. | Civil Action No.05-11428 - WGY |

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

It is stipulated by and between Plaintiff Daniel Joyce, individually and on behalf of others similarly situated ("Joyce"), and Defendants John Hancock Financial Services, Inc. ("Hancock"), and Joan M. DiCicco ("DiCicco") that the time within which Defendants may have to file and serve a responsive pleading is extended by 3 days. Accordingly, Defendants shall have until September 9, 2005 to file and serve a response to Plaintiff's Complaint.

| | |
|---|---|
| Respectfully submitted,<br><br>DANIEL JOYCE,<br><br>By his attorneys,<br><br>/s/ Seth J. Robbins<br>Timothy M. Corcoran (BBO #547658)<br>Seth J. Robbins (BBO #655146)<br>Corcoran, Fitzgerald & Hennessy<br>500 Granite Avenue<br>Milton, MA  02186<br>617.696.5700 | Respectfully submitted,<br><br>JOHN HANCOCK FINANCIAL SERVICES,<br>INC. AND JOAN M. DICICCO<br><br>By their attorneys,<br><br>/s/ Iraida J. Alvarez<br>Anthony M. Feeherry (BBO #160860)<br>Daniel P. Condon (BBO #547676)<br>Iraida J. Alvarez (BBO #647521)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>617.570.1000 |

LIBA/1581204.1