UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL JOYCE,<br>Individually and on behalf of a class of others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>JOHN HANCOCK FINANCIAL SERVICES, INC. and JOAN M. DICICCO,<br><br>   Defendants. | Civil Action<br>No. 05-11428-WGY |

## NOTICE OF APPEARANCE OF IRAIDA J. ALVAREZ

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Iraida J. Alvarez of Goodwin Procter LLP as one of the counsel of record for John Hancock Financial Services, Inc. and Joan M. DiCicco in the above-captioned matter.

Dated: November 16, 2005

Respectfully submitted,

JOHN HANCOCK FINANCIAL
SERVICES, INC. and JOAN M. DICICCO

By their attorney,

/s/ Iraida J. Alvarez
Iraida J. Alvarez (BBO #647521)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

LIBA/1649061.1