UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11428 WGY

| | |
|---|---|
| **DANIEL JOYCE,**<br>Individually and on behalf of a class of others similarly situated,<br>　　　　　Plaintiff,<br><br>v.<br><br>**JOHN HANCOCK FINANCIAL SERVICES, INC.** and<br>**JOAN M. DICICCO,**<br>　　　　　Defendants. | FILED<br>in Open Court<br>USDC, Mass<br>Date 12/19/05<br>By<br>Deputy Clerk |

## PLAINTIFF'S LOCAL RULE 16.1 (D) (3) CERTIFICATION

The Plaintiff, Daniel Joyce, individually and on behalf of a class of others similarly situated, and his attorneys, Timothy M. Corcoran and Seth J. Robbins, pursuant to Local Rule 16.1 (D) (3), hereby certify that they have conferred:

(a)　　with a view for establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)　　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Daniel Joyce

_____
Seth J. Robbins

Date:　December 8, 2005