UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL JOYCE, INDIVIDUALLY AND ON BEHALF OF A CLASS OF OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>JOHN HANCOCK FINANCIAL SERVICES, INC. AND JOAN M. DICICCO<br><br>Defendants. | Civil Action No.05-11428 – WGY |

## NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Kevin T. Peters, on behalf of the Plaintiff, Daniel Joyce, individually and on behalf of a class of others similarly situated, in the above-captioned action.

Respectfully submitted,

/s/ Kevin T. Peters
Kevin T. Peters (#: 550522)
Seth J. Robbins (#: 655146)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
kpeters@toddweld.com

Dated:       January 11, 2006

## CERTIFICATE OF SERVICE

I, Kevin T. Peters, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: January 11, 2006                                          /s/ Seth J. Robbins