UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL JOYCE,　　　　　　　　　　　　　)
INDIVIDUALLY AND ON BEHALF OF A　　)
CLASS OF OTHERS SIMILARLY　　　　　　)
SITUATED　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　) Civil Action No.05-11428 – WGY
　　　　　　　　　　　　　　　　　　　　)
JOHN HANCOCK FINANCIAL SERVICES,　)
INC. AND JOAN M. DICICCO　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of the firm Corcoran, Fitzgerald & Hennessy and Timothy M. Corcoran for the Plaintiff in the above-styled matter. In support of this Notice of Withdrawal, (1) Seth J. Robbins, Esq. will continue to represent the Plaintiff through his new firm; (2) there are no pending motions before the Court; and (3) no hearings or conferences are scheduled, and no reports, oral or written, are due.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Timothy M. Corcoran (#: 550522)
　　　　　　　　　　　　　　　　　Corcoran, FitzGerald & Hennessy
　　　　　　　　　　　　　　　　　500 Granite Avenue
　　　　　　　　　　　　　　　　　Milton, MA 02186
　　　　　　　　　　　　　　　　　(617) 696-5700
　　　　　　　　　　　　　　　　　tcorcoran@cfh-law.com

Dated:　　　January ___, 2006

## CERTIFICATE OF SERVICE

    I, Timothy M. Corcoran, hereby certify that on this _12th_ day of January, 2006, I served a copy of the foregoing document by mail upon the Defendants' attorney of record, Anthony M. Feeherry, Goodwin Proctor LLP, Exchange Place, Boston, MA 02109.

                                                                Timothy M. Corcoran