UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL JOYCE, Individually and on behalf of a class of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HANCOCK FINANCIAL SERVICES, INC. and JOAN M. DICICCO,<br><br>Defendants. | Civil Action No. 05-11428-WGY |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY IRAIDA J. ALVAREZ

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Iraida J. Alvarez of Goodwin Procter LLP as counsel of record for defendants John Hancock Financial Services, Inc., and Joan M. DiCicco in the above-captioned matter.

Anthony M. Feeherry of Goodwin Procter LLP shall continue his appearance as counsel of record for defendants.

Dated: January 26, 2006

Respectfully submitted,

JOHN HANCOCK FINANCIAL
SERVICES, INC., and JOAN M. DICICCO

By their attorneys,

/s/ Iraida J. Alvarez
Anthony M. Feeherry (BBO# 160860)
Iraida J. Alvarez (BBO #647521)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

LIBA/1669064.1

**CERTIFICATE OF SERVICE**

    I, Iraida J. Alvarez, hereby certify that on January 26, 2006 this document was filed through the ECF system, and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this date.

                                                        /s/ Iraida J. Alvarez_____

Date:  January 26, 2006