UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL JOYCE, Individually and on behalf of a class of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN HANCOCK FINANCIAL SERVICES, INC. and JOAN M. DICICCO,<br><br>　　　　Defendants. | Civil Action<br>No. 05-11428-WGY |

### NOTICE OF APPEARANCE OF ERIN N. JACKSON

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Erin N. Jackson of Goodwin Procter LLP as one of the counsel of record for John Hancock Financial Services, Inc. and Joan M. DiCicco in the above-captioned matter.

Dated: January 27, 2006

Respectfully submitted,

JOHN HANCOCK FINANCIAL
SERVICES, INC. and JOAN M. DICICCO

By their attorney,

/s/ Erin N. Jackson
Erin N. Jackson (BBO #647375)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

LIBA/1670148.1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

                                                /s/ Erin N. Jackson
                                                Erin N. Jackson