UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL JOYCE,
Individually and on behalf of a class of others
similarly situated,

        Plaintiff,

    v.

JOHN HANCOCK FINANCIAL SERVICES,
INC. and JOAN M. DICICCO,

        Defendants.

Civil Action
No. 05-11428-WGY

## JOINT MOTION TO EXTEND DISCOVERY
## AND DISPOSITIVE MOTIONS DEADLINES

The parties, Plaintiff Daniel Joyce and Defendants John Hancock Financial Services, Inc. and Joan M. DiCicco, jointly move this honorable Court to extend the deadline for the close of discovery to June 21, 2006 and to extend the deadline for filing of dispositive motions to July 7, 2006. This matter has been placed on the Court's running trial list for December 4, 2006.

The parties have been diligently pursuing discovery and fulfilling their discovery obligations by working together to narrow discovery disputes and cooperate in the scheduling of various depositions. Nonetheless, the parties believe that the extensions requested are necessary for the following reasons:

1.      Plaintiff has served a subpoena for documents on a third party, Morgan Stanley, the response to which is due on April 26, 2006. The parties will need a reasonable amount of time following production of said documents to review the documents. In addition, depending on the information contained in the documents produced by Morgan Stanley, the parties may wish to take additional depositions.

2.      One witness whose deposition has been noticed is not available for deposition until mid to late June 2006 due to extended travel outside of the country.

3.      To the extent that the parties' dispositive motions will rely upon documents that are produced by Morgan Stanley and deposition testimony from witnesses who are not available prior to the current discovery deadline, it is necessary to extend the deadline for such motions to a date following the close of discovery that allows sufficient time for these discovery materials to be analyzed and incorporated into the dispositive motions.

Accordingly, the parties request that Court extend the deadline for the close of discovery to June 21, 2006 and extend the deadline for filing of dispositive motions to July 7, 2006.

Respectfully Submitted,

| | |
|---|---|
| DANIEL JOYCE, | JOHN HANCOCK FINANCIAL SERVICES, INC. AND JOAN M. DICICCO, |
| By his attorneys, | By their attorneys, |
| */s/ Kevin T. Peters* | */s/ Erin N. Jackson* |
| Kevin T. Peters (BBO #550522) | Anthony M. Feeherry (BBO #160860) |
| Seth J. Robbins (BBO #655146) | Daniel P. Condon (BBO #547676) |
| TODD & WELD LLP | Erin N. Jackson (BBO #647375) |
| 28 State Street | GOODWIN PROCTER LLP |
| Boston, MA  02109 | Exchange Place |
| (617) 720-2626 | Boston, MA 02109 |
| srobbins@toddweld.com | (617) 570-1000 |
| | ejackson@goodwinprocter.com |

**IT IS SO ORDERED.**

Dated:  April __, 2006

_____
United States District Judge William G. Young

## <u>CERTIFICATE OF SERVICE</u>

I, Erin N. Jackson, hereby certify that on April 24, 2006 this JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES was filed through the ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this date.

*/s/ Erin N. Jackson*

Date:   April 24, 2006

Erin N. Jackson
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
ejackson@goodwinprocter.com