UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL JOYCE,<br>Individually and on behalf of a class of others<br>similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>JOHN HANCOCK FINANCIAL SERVICES,<br>INC. SEVERANCE PAY PLAN and JOHN<br>HANCOCK FINANCIAL SERVICES, INC.,<br>as Administrator and Fiduciary of the John<br>Hancock Financial Services, Inc. Severance<br>Pay Plan<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11428 – WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MANUAL FILING OF EXHIBITS TO
PLAINTIFF'S LOCAL RULE 56.1 STATEMENT**

I, Seth J. Robbins, hereby give Notice of Manual Filing of Exhibits (1-27) to Plaintiff's Local Rule 56.1 Statement in Support of His Cross-Motion for Partial Summary Judgment due to the voluminous pages of exhibits attached thereto.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　DANIEL JOYCE, et al.

　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　/s/ Seth J. Robbins

　　　　　　　　　　　　　　　　Kevin T. Peters (BBO#: 550522)
　　　　　　　　　　　　　　　　kpeters@toddweld.com
　　　　　　　　　　　　　　　　Seth J. Robbins (BBO#: 655146)
　　　　　　　　　　　　　　　　srobbins@toddweld.com
　　　　　　　　　　　　　　　　TODD & WELD LLP
　　　　　　　　　　　　　　　　28 State Street, 31st Floor
　　　　　　　　　　　　　　　　Boston, MA 02109
Dated: July 25, 2006　　　　　　(617) 720-2626

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Fling (NEF) and paper copies will be sent to those indicated as non registered participants on July 25, 2006. A true copy of the Exhibits was served upon the attorney of record by first-class mail.

Seth J. Robbins

Date: July 25, 2006