**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Daniel Joyce
_____
                Plaintiff(s)

                                                        CIVIL ACTION
            V.
John Hancock Fianacial Services, Inc. et al            NO. 05-11428-WGY
_____
                Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ADR Program -10/2006_____ for the following ADR program:

    _____ SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION
    ___X___ MEDIATION                    _____ MINI-TRIAL
    _____ SUMMARY JURY TRIAL          _____ SETTLEMENT CONFERENCE
    _____ SPECIAL MASTER
    _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

September 19, 2006                                  /s/ William G. Young
_____         _____
            DATE                                UNITED STATES DISTRICT JUDGE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | _____ | |

(ADR Referral.wpd - 4/12/2000)                                                    [orefadr.]