UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL JOYCE,

      Plaintiff,                                        CIVIL ACTION
v.                                                       NO.   05-11428-WGY

JOHN HANCOCK FINANCIAL
SERVICES, INC., et. al.,

      Defendant,

## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that the court has scheduled a mediation conference for **Wednesday December 13, 2006  @ 9:00 A.M.** in The United States District Court in **BOSTON**, Courtroom #16 on the 5th Floor.  Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with my Clerk by e-mail at lisa_roland@mad.uscourts.gov  **no later than two (2) days before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**


                                                                         / s /Timothy S. Hillman
                                                                        Timothy S. Hillman
DATED: October 20, 2006                          United States Magistrate Judge